

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 27, 2019

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   **United States v. Salim**
             **S10 98 Cr. 1023 (LAK)**

Dear Judge Kaplan:

      On November 26, 2018, the Court asked the Government whether it intended to proceed against defendant Mamdouh Mahmud Salim on the above-referenced, operative Indictment, and directed the Government to answer by December 10.  On December 6, 2018, Judge Oetken, sitting on Part I, granted the Government's request, on the consent of the defendant, to extend the date by which it must answer to January 14, 2019.  On January 12, 2019, at the request of the Government, and on consent of the defendant, the Court extended the date by which the Government must answer to February 28, 2019.  The Government writes, with the consent of the defendant, to request a further adjournment of thirty days.

      Several factors have contributed to the parties' need for additional time.  The parties have spoken several times since January 12, but substantive communications have been delayed by the defendant's resistance to communicating with his counsel.  The Government has researched both legal and factual issues related to this case.  The process of analyzing and discussing those issues internally is well under way, but additional steps in that process remain.

Accordingly, the Government requests, with the consent of the defendant, an adjournment of thirty days to update the Court on whether it will proceed on the charges in the Indictment.

                                  Respectfully submitted,

                                  GEOFFREY S. BERMAN
                                United States Attorney

By:     _____/s/_____
            Amanda Houle
            Stephen Ritchin
            Assistant United States Attorneys
            (212) 637-2194/-2503

cc:     Louis Fasulo (via e-mail and ECF)