

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 28, 2022

<u>By ECF</u>
Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: <u>United States v. Ayman al Zawahiri</u>, 98 Cr. 1023 (LAK)

Dear Judge Kaplan:

  The Government respectfully submits the enclosed request for an order of *nolle prosequi* as to defendant Ayman al Zawahiri in the above-captioned case due to his death on July 31, 2022.

            Respectfully submitted,

            DAMIAN WILLIAMS
            United States Attorney

      By:  /s/_____
          David W. Denton Jr.
          Assistant United States Attorney
          (212) 637-2744

Enclosures